DANIELS, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. Supreme Court, Appellate Division, Fourth Department. February 6, 1898.) Action by William H. Daniels against the New York Central & Hudson River Railroad Company. No opinion. Judgment and order affirmed, with costs.

DAY, Respondent, v. PENSTON, Appellant. (Supreme Court, Appellate Division, Fourth Department. February 6, 1898.) Action by James B. Day against Michael Penston. No opinion. Judgment of the county court affirmed, with costs.

In re DENTON. (Supreme Court, Appellate Division, Fourth Department. February 6, 1898.) In the matter of proving the will of Nehemiah Denton, deceased. No opinion. Motion granted, without costs. See 45 N. Y. Supp. 1138, and 48 N. Y. Supp. 1103.

DONNELLY v. McARDLE. (Supreme Court, Appellate Division, First Department. November Term, 1897.) Action by Michael Donnelly against Patrick J. McArdle. No opinion. Motion denied. See 43 N. Y. Supp. 560.

DRISCOLL, Respondent, v. VILLAGE OF ELLICOTTVILLE, Appellant. (Supreme Court, Appellate Division, Fourth Department. February 6, 1898.) Action by Nellie Driscoll against the village of Ellicottville. No opinion. Judgment and order affirmed, with costs.

DURANT, Respondent, v. DURANT et al., Appellants. (Supreme Court, Appellate Division, Third Department. March 8, 1898.) Action by Howard M. Durant against Frederick C. Durant, Clara E. Durant, and William Maddox, assignee. No opinion. Order affirmed, with $10 costs and disbursements.

DYER et al., Respondents, v. MITCHELL, Appellant. (Supreme Court, Appellate Division, First Department. November Term, 1897.) Action by Richard N. Dyer and others against Roderick B. Mitchell, Jr. No opinion. Order affirmed, with $10 costs and disbursements.

DYKMAN, Plaintiff, v. KEENEY et al., Defendants. (Supreme Court, Appellate Division, Second Department. March 15, 1898.) Action by William N. Dykman, as receiver of the Commercial Bank, against Seth L. Keeney and others. No opinion. Application for allowance of costs on appeal granted. See 42 N. Y. Supp. 488; 45 N. Y. Supp. 137; and 47 N. Y. Supp. 1134.

ECLIPSE MFG. CO., Respondent, v. PIERCE STEAM-HEATING CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. February 6, 1898.) Action by the Eclipse Manufacturing Company against the Pierce Steam-Heating Company. No opinion. Motion for reargument denied. All concur, except FOLLETT and GREEN, JJ., not voting. See 48 N. Y. Supp. 1104.

In re EDWARDS. (Supreme Court, Appellate Division, Second Department. March 8, 1898.) In the matter of the application of Richard Edwards for admission to practice as attorney and counselor at law in the state of New York. No opinion. Application granted.

EISASSER, Respondent, v. DOUGLASS, Appellant. (Supreme Court, Appellate Division, Fourth Department. February 6, 1898.) Action by Theodore Eisasser against Silas J. Douglass. No opinion. Judgment affirmed, with costs.

FAIRBANKS, Respondent, v. HEGEMAN et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. February 6, 1898.) Action by William Fairbanks against John R. Hegeman and others. No opinion. Interlocutory judgment affirmed, with costs, with leave to defendants to withdraw their demurrer and answer upon payment of the costs of the demurrer and of this appeal.

In re FANNING. (Supreme Court, Appellate Division, Second Department. March 15, 1898.) In the matter of the application of Elbert A. Fanning to continue Second street, in the village of Riverhead.

PER CURIAM. The undertaking does not bear the approval of the county judge, as required by section 83 of the highway law. There is no proof among the papers of the posting of the notice specifying the time and place of meeting of the commissioners, and the other matters, as prescribed by section 85 of the same statute. The papers upon which the order of the county court was granted have not been certified by such court to the appellate division, as directed by section 90 of the highway law. If these several omissions are supplied, the application may be renewed. The approval of the undertaking can be obtained nunc pro tunc. If the notices under section 85 were actually posted, proof of that fact, if filed now, will be sufficient.

FEALY, Respondent, v. BULL, Appellant. (Supreme Court, Appellate Division, Third Department. March 8, 1898.) Action by Joanna Fealy against John Bull. No opinion. The motion to amend the order entered in this court on the 10th day of January, 1898, so that it will show that the decision of this court was not unanimous upon the question whether there is evidence supporting or tending to sustain the verdict in the action, is granted. So much of the motion as asks to amend the order entered in the action April 22, 1897, is denied. See 42 N. Y. Supp. 569, and 49 N. Y. Supp. 1134.

FIELD, Appellant, v. THIEM, Respondent. (Supreme Court, Appellate Division, Fourth Department. February 6, 1898.) Action by Joseph Field against J. Henry Thiem. No opinion. Judgment and order affirmed, with costs.